## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re: Scott H Blumsack dba Mass Athletics, LLC )<br>     Debtor ) ) | Case No. 21-40248 CJP<br>Chapter 13 Proceeding<br>May 3, 2021 |

### OBJECTION TO CONFIRMATION OF PLAN

**MATRIX FINANCIAL SERVICES CORP.**, (the "Creditor"), holds a security interest in the Debtor's real property known as 2 Old Homestead Road, Groton, Massachusetts 01450, and hereby objects to confirmation of the Debtor's Chapter 13 Plan dated April 26, 2021 (the "Plan"), in connection with the above referenced matter for the following reason:

1. The Plan does not provide for payment of the Creditor's pre-petition mortgage arrearage estimated to be $42,245.84, with an estimated total debt of $435,215.04. The Creditor anticipates filing its Proof of Claim on or before the bar date of June 10, 2021.

Wherefore, the Creditor requests the Court deny confirmation of the Debtor's Chapter 13 Plan, or for such other relief as the Court deems appropriate.

By /s/ *Richard T. Mulligan*
Richard T. Mulligan
The Creditor's Attorney
BBO: 567602
Bendett & McHugh, P.C.
23 Messenger Street, 2nd Floor
Plainville, MA 02762
Phone: (860) 677-2868
Fax: (860) 409-0626
E-Mail: BKECF@bmpc-law.com

## CERTIFICATION OF SERVICE

I hereby certify that on this __3__ day of May, 2021, a copy of the foregoing was served to the following:

Scott H Blumsack dba Mass Athletics, LLC
Debtor
2 Old Homestead Rd.
Groton, MA 01450
*Via First Class Mail*

Denise M. Pappalardo, Esq.
Trustee
*Via Electronic Notice of Filing*

Dmitry Lev, Esq.
Debtor's Attorney
*Via Electronic Notice of Filing*

U.S. Trustee
Office of the U.S. Trustee
*Via Electronic Notice of Filing*

By /s/ *Richard T. Mulligan*
Richard T. Mulligan
The Creditor's Attorney
BBO: 567602
Bendett & McHugh, P.C.
23 Messenger Street, 2nd Floor
Plainville, MA 02762
Phone: (860) 677-2868
Fax: (860) 409-0626
E-Mail: BKECF@bmpc-law.com