

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:*  SCOTT H BLUMSACK,    Debtor | Ch. 13  21-40248-EDK |

### Proceeding Memorandum and Order

**MATTER:**

#132 Motion to Approve Stipulation (Re: Objection of Chapter 13 Trustee to Confirmation of Chapter 13 Plan)

**Decision set forth more fully as follows:**

This Motion to Approve is set for a non-evidentiary hearing on Friday, March 11, 2022 at 11:00AM in Worcester, Courtroom 4. The deadline for objecting to this motion is set for 03/08/22 at 4:00PM.

The Evidentiary Hearing on the underlying Objection of Chapter 13 Trustee to Confirmation of Plan, set for 03/08/22, is hereby canceled.

Dated: 2/7/2022

By the Court,

Elizabeth D. Katz
United States Bankruptcy Judge