Dated: 2/15/2022

GRANTED; THE HEARING OF 02/16/22 IS CONTINUED TO 03/23/22 AT 11:15 AM.  THE CONTINUED HEARING WILL BE CONDUCTED TELEPHONICALLY.  PARTIES MAY PARTICIPATE BY DIALING 888-363-4734, AND ENTERING ACCESS CODE 496 4809 WHEN PROMPTED.

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re: 21-40248 EDK ) | Chapter 13    Proceeding |
| ) | |
| **Scott H Blumsack dba Mass Athletics, LLC** ) | |
|     Debtor ) | |
| ) | |
| **MATRIX FINANCIAL SERVICES CORP.** ) | |
|     Movant ) | |
| ) | |
| vs. ) | |
| ) | |
| **Scott H Blumsack dba Mass Athletics, LLC** ) | |
| and  Denise M. Pappalardo , Trustee ) | |
|     Respondent ) | February 10, 2022 |

## ASSENTED TO MOTION FOR CONTINUANCE OF HEARING

The Creditor, Matrix Financial Services Corp., does hereby request that the hearing on the Debtor's Objection to Claim filed on May 13, 2021 (ECF No. 27) currently scheduled for February 16, 2022 be continued approximately thirty (30) days. The parties are in the process of resolving the objection to claim.