

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:*<br><br>SCOTT H BLUMSACK,<br>Debtor | Ch. 13<br>21-40248-EDK |

## Proceeding Memorandum and Order

**MATTER:**
#132 Motion to Approve Stipulation between Debtor and Chapter 13 Trustee (re: Objection of Chapter 13 Trustee to Confirmation of Plan)

**Decision set forth more fully as follows:**
All parties are advised that the hearing on this matter scheduled for March 11, 2022 at 11:00 AM will now be conducted through Zoom video conference. Parties may use the link/dial-in information below to participate.

Parties are not allowed to appear in person at the courthouse for this hearing.

To participate by video:
https://www.zoomgov.com/j/1602680635?pwd=N1NIZ0IwMXBraWxTSm9UMFM1Rzh6Zz09

Meeting ID: 160 268 0635
Passcode: 179121

To participate by telephone:
+1 669 254 5252

Meeting ID: 160 268 0635
Passcode: 179121

Dated: 3/3/2022

By the Court,

*Elizabeth D. Katz*

Elizabeth D. Katz
United States Bankruptcy Judge