

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:*  SCOTT H BLUMSACK, Debtor | Ch. 13  21-40248-EDK |

### Proceeding Memorandum and Order

**MATTER:**

#75 EVIDENTIARY HEARING re: Motion of United States Trustee to Dismiss case
#98 Opposition filed by Debtor

**Decision set forth more fully as follows:**
This matter is TAKEN UNDER ADVISEMENT.

The United States Trustee is allowed until 04/15/20 to file a post-hearing brief. The Debtor is allowed until 05/13/22 to file any Response to the brief.

Dated: 3/11/2022

By the Court,

*Elizabeth D. Katz*

Elizabeth D. Katz
United States Bankruptcy Judge