

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

*In re:*

SCOTT H BLUMSACK,
    Debtor

Ch. 13
21-40248-EDK

## Proceeding Memorandum and Order

**MATTER:**
#75 EVIDENTIARY HEARING re: Motion of United States Trustee to Dismiss case
#98 Opposition filed by Debtor

**Decision set forth more fully as follows:**
This matter is TAKEN UNDER ADVISEMENT.

The United States Trustee is allowed until 04/15/22 to file a post-hearing brief. The Debtor is allowed until 05/13/22 to file any Response to the brief.

Dated: 3/11/2022

By the Court,

Elizabeth D. Katz
United States Bankruptcy Judge