**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**CENTRAL DIVISION**

In re:
   Scott H. Blumsack,
        Debtor

Case No. 21-40248
Chapter 13

# NOTICE OF APPEAL AND STATEMENT OF ELECTION

**Part 1: Identify the appellant(s)**

1. Name(s) of appellant(s):
   **Scott H. Blumsack**

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   For appeals in an adversary proceeding.
   ☐ Plaintiff
   ☐ Defendant
   ☐ Other (describe) _____

   For appeals in a bankruptcy case and not in an adversary proceeding.
   ☒ Debtor
   ☐ Creditor
   ☐ Trustee
   ☐ Other (describe) _____

**Part 2: Identify the subject of this appeal**

1. Describe the judgment, order, or decree appealed from: **Certain orders of this Court entered on January 17, 2023, sustaining the Objection to Confirmation and granting the Motion to Dismiss, both filed by the United States Trustee**

2. State the date on which the judgment, order, or decree was entered: **January 17, 2023**

**Part 3: Identify the other parties to the appeal**

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: **United States Trustee**    Attorney: **Stephen E. Meunier, Esq. BBO # 546928**
   **Office of the United States Trustee**
   **446 Main Street, 14th Floor**
   **Worcester, MA 01608**
   **(508) 793-0555 (office)**
   **stephen.meunier@usdoj.gov**

Official Form 417A (12/18)

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☐    Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

**Part 5: Sign below**

/s/ Dmitry Lev                                                                           Date:    **January 30, 2023**

Signature of attorney for appellant(s) (or appellant(s) if not represented by an attorney)

Name, address, and telephone number of attorney (or appellant(s) if not represented by an attorney):
**Dmitry Lev, Esq. BBO # 665236**
**Law Offices of D. Lev, PC**
**134 Main Street**
**Watertown, MA 02472**
**(617) 556-9990 office**
**dlev@levlaw.net**

Official Form 417A (12/18)

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**CENTRAL DIVISION**

```
In re:
   Scott H. Blumsack,
       Debtor
```

Case No. 21-40248
Chapter 13

## CERTIFICATE OF SERVICE

I, Dmitry Lev, hereby certify that on January 30, 2023, in accordance with the Bankruptcy Rules and the Local Bankruptcy Rules of this Court, I electronically filed the foregoing document in this matter with the United States Bankruptcy Court for the District of Massachusetts using the CM/ECF system.

On information and belief, a Notice of Electronic Filing was contemporaneously transmitted to the following CM/ECF participants electronically:

- For the United States Trustee:  Richard King, Stephen E. Meunier
- For the Chapter 13 Trustee:  David A. Mawhinney
- For Creditor Matrix Financial Services Corp.:  Richard T. Mulligan
- For Creditor Massachusetts Department of Revenue:  Jodi B. Meade
- For Creditor Hanscom Federal Credit Union:  Lawson Williams

Pursuant to MEFR 9, "Transmission by the Court of the 'Notice of Electronic Filing' constitutes service or notice of the filed document…"

Respectfully submitted,
/s/  Dmitry Lev__
Dmitry Lev, Esq.
BBO # 665236
Law Offices of D. Lev, PC
134 Main Street
Watertown, MA 02472
(617) 556-9990 office
dlev@levlaw.net

Dated:  January 30, 2023