

Dated: 1/31/2023

DENIED. The movant has failed to demonstrate that there is a likelihood of success on the merits of the appeal. See In re Miraj & Sons, Inc., 201 B.R. 23, 26 (Bankr. D. Mass. 1996).

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**CENTRAL DIVISION**

In re:
Scott H. Blumsack,
Debtor

Case No. 21-40248
Chapter 13

## DEBTOR'S MOTION FOR STAY PENDING APPEAL

**COMES NOW** Scott H. Blumsack, the Debtor in the above-captioned matter, and pursuant to Fed. R. Bankr. P. 8007(a)(1)(A) respectfully moves this Honorable Court to stay the Order dismissing this matter pending appeal. In support thereof, the Debtor respectfully shows unto this Court as follows:

1. This matter was commenced on April 1, 2021.
2. On January 17, 2023, this Court issued an Order sustaining the United States Trustee's Objection to Confirmation and granting the United States Trustee's Motion to Dismiss, holding inter alia that dismissal was warranted in "a case involving a Debtor whose ongoing activities in the course of his employment constitute violations of federal criminal laws." In re Blumsack, No. 21-40248-EDK, Doc. No. 196 at p.18 (Bankr. D. Mass. Jan. 17, 2023).
3. On January 30, 2023, Debtor filed a timely Notice of Appeal from said Order.