**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**CENTRAL DIVISION**

```
In re:
   Scott H. Blumsack,                    Case No. 21-40248
       Debtor                            Chapter 13
```

**APPELLANT'S DESIGNATION OF RECORD**

**COMES NOW** Scott Blumsack, the Debtor/Appellant in the above captioned matter, and pursuant to Fed. R. Bankr. P. 8009(a)(1)(A) hereby provides the following designation of the items to be included in the record on appeal. All items have been electronically filed under the Docket No. 21-40248.

| Date Filed | Doc No. | Docket Text (modified for clarity by removing HTML links and redundant / inapplicable text) |
|---|---|---|
| 04/01/2021 | 1 | Chapter 13 Voluntary Petition Individual with deficiencies. Filing Fee in the Amount of $313 Filed by Scott H Blumsack. (Lev, Dmitry) |
| 04/26/2021 | 20 | Schedules A/B-J with Summary and Declaration. (Re: 7 Order to Update) filed by Debtor Scott H Blumsack (Lev, Dmitry) |
| 04/26/2021 | 21 | Statement of Financial Affairs for Individual filed by Debtor Scott H Blumsack (Lev, Dmitry) |
| 04/26/2021 | 22 | Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period for 3 Years Form 122C-1. Disposable Income Is Not Determined (Re: 7 Order to Update) filed by Debtor Scott H Blumsack (Lev, Dmitry) |
| 04/26/2021 | 24 | Chapter 13 Plan With Certificate of Service (RE: 7 Order to Update) filed by Debtor Scott H Blumsack (Lev, Dmitry) |
| 06/24/2021 | 44 | Trustee's Objection to Confirmation of Plan with certificate of service (RE: 24 Chapter 13 Plan filed by Debtor Scott H Blumsack). (Pappalardo, Denise) |
| 07/01/2021 | 46 | Opposition with certificate of service filed by Debtor Scott H Blumsack Re: 44 Trustee's Objection to Confirmation of Plan with certificate of service (RE: 24 Chapter 13 Plan filed by Debtor Scott H Blumsack). (Lev, Dmitry) |
| 09/15/2021 | 75 | Motion filed by Assistant U.S. Trustee Richard King to Dismiss Case with certificate of service. (Meunier, Stephen) |
| 10/27/2021 | 98 | Opposition with certificate of service filed by Debtor Scott H Blumsack Re: 75 Motion filed by Assistant U.S. Trustee Richard King to Dismiss Case with certificate of service. (Lev, Dmitry) |

| Date | Doc | Description |
|---|---|---|
| 02/03/2022 | 131 | Stipulation By Trustee Denise M. Pappalardo and Debtor with certificate of service (Re: 44 Trustee's Objection to Confirmation of Plan) filed by Trustee Denise M. Pappalardo (Psilos, Joanne) |
| 02/03/2022 | 132 | Motion filed by Trustee Denise M. Pappalardo to Approve 131 Stipulation (Re: 44 Trustee's Objection to Confirmation of Plan) with certificate of service. (Psilos, Joanne) |
| 03/04/2022 | 145 | Joint Pre-Trial Statement (Joint Pretrial Memorandum) (Re: 75 Motion to Dismiss Case) filed by Assistant U.S. Trustee Richard King (Meunier, Stephen) |
| 03/11/2022 | 149 | Proceeding Memorandum and Order dated 3/11/2022 Re: 132 Motion filed by Trustee Denise M. Pappalardo to Approve 131 Stipulation (Re: 44 Trustee's Objection to Confirmation of Plan). GRANTED. See Order for Full Text. (ag) |
| 03/11/2022 | 150 | Exhibits (Filed in Open Court) (Re: 75 Motion to Dismiss Case) filed by United States Trustee. |
| 04/12/2022 | 162 | An official transcript (RE: 75 Motion filed by Assistant U.S. Trustee Richard King to Dismiss Case and 132 Motion filed by Trustee Denise M. Pappalardo to Approve 131 Stipulation (Re: 44 Trustee's Objection to Confirmation of Plan heard on 03/11/22 has been filed. (Janice Russell Transcripts) |
| 06/21/2022 | 173 | Post-Hearing Brief filed by Assistant U.S. Trustee Richard King in Support of United States Trustee's Motion to Dismiss Chapter 13 Case and Objection to Confirmation of Debtor's Chapter 13 Plan Re: 75 Motion to Dismiss Case. (Meunier, Stephen) |
| 11/18/2022 | 190 | Brief/Memorandum (Post-Trial) In Opposition to (Re: 75 Motion to Dismiss Case) filed by Debtor Scott H Blumsack (Lev, Dmitry) |
| 01/17/2023 | 196 | Memorandum of Decision dated 1/17/2023 Re: 75 Motion to Dismiss Case filed by Assistant U.S. Trustee Richard King. AN ORDER IN CONFORMITY WITH THIS MEMORANDUM WILL ISSUE FORTHWITH. (ag) |
| 01/17/2023 | 197 | Order dated 1/17/2023 Re: 75 Motion filed by Assistant U.S. Trustee Richard King to Dismiss Case. See Order for Full Text. (ag) |
| 01/30/2023 | 201 | Notice of Appeal and Statement of Election to Bankruptcy Appellate Panel. Fee Amount $298 Filed by Debtor Scott H Blumsack (RE: 197 Order on Motion to Dismiss Case). Appellant Designation due by 02/13/2023. Compiled Records Due by 02/27/2023. Transmission of Designation Due by 03/1/2023. (Attachments: # 1 Order)(Lev, Dmitry) |

Respectfully submitted,
Scott H. Blumsack, Debtor,
By his Attorney,
/s/ Dmitry Lev
Dmitry Lev, Esq. BBO # 665236
Law Offices of D. Lev, PC
134 Main Street
Watertown, MA 02472
(617) 556-9990 office
dlev@levlaw.net


Dated:  February 10, 2023

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**CENTRAL DIVISION**

```
In re:
   Scott H. Blumsack,
        Debtor
```

Case No. 21-40248
Chapter 13

## CERTIFICATE OF SERVICE

I, Dmitry Lev, hereby certify that on February 10, 2023, in accordance with the Bankruptcy Rules and the Local Bankruptcy Rules of this Court, I electronically filed the foregoing document in this matter with the United States Bankruptcy Court for the District of Massachusetts using the CM/ECF system.

On information and belief, a Notice of Electronic Filing was contemporaneously transmitted to the following CM/ECF participants electronically:

- For the United States Trustee:  Richard King, Stephen E. Meunier
- For the Chapter 13 Trustee:  David A. Mawhinney
- For Creditor Matrix Financial Services Corp.:  Richard T. Mulligan
- For Creditor Massachusetts Department of Revenue:  Jodi B. Meade
- For Creditor Hanscom Federal Credit Union:  Lawson Williams

Pursuant to MEFR 9, "Transmission by the Court of the 'Notice of Electronic Filing' constitutes service or notice of the filed document…"

Respectfully submitted,
/s/  Dmitry Lev__
Dmitry Lev, Esq.
BBO # 665236
Law Offices of D. Lev, PC
134 Main Street
Watertown, MA 02472
(617) 556-9990 office
dlev@levlaw.net

Dated:  February 10, 2023